# EXHIBIT A

This electronic document is the official court record (GC68150)



SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

Sam's West, Inc. dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust; and DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

Ycedra Jenkerson

***FOR COURT USE ONLY***
***(SOLO PARA USO DE LA CORTE)***

Electronically Filed
8/7/2026 1:00 PM
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By: Julie Ollar, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Sutter County Superior Court
1175 Civic Center Blvd
Yuba City, CA 95993

CASE NUMBER:
*(Número del Caso):*
CVCS26-0002044

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Law Offices of Steve Gimblin, 1463 Live Oak Blvd., Yuba City CA 95991, 530-671-9822

DATE: 
*(Fecha)* 08/07/2026 Clerk, by *(Secretario)* ____________, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

This electronic document is the official court record (GC68150)

**PLD-PI-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER:
NAME: Steve Gimblin (SBN 272044); Justin Kuney (SBN 249283)
FIRM NAME: Law Offices of Steve Gimblin
STREET ADDRESS: 1463 Live Oak Blvd
CITY: Yuba City STATE: CA ZIP CODE: 95993
TELEPHONE NO.: (530) 671-9822 FAX NO.: (877) 982-2529
EMAIL ADDRESS: electronicservice@yubalaw.com; sg@yubalaw.com; jk@yubalaw.com
ATTORNEY FOR *(name)*: Plaintiff Ycedra Jenkerson

*FOR COURT USE ONLY*

Electronically Filed
8/7/2026 1:00 PM
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By: Julie Ollar, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER**
STREET ADDRESS: 1175 Civic Center Blvd
MAILING ADDRESS: 1175 Civic Center Blvd
CITY AND ZIP CODE: Yuba CIty 95993
BRANCH NAME: Unlimited Civil

PLAINTIFF: Ycedra Jenkerson
DEFENDANT: Sam's West, Inc. dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust;
[x] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED *(Number)*:**
**Type *(check all that apply)*:**
[ ] **MOTOR VEHICLE** [x] **OTHER *(specify)*:** Premises Liability
[ ] **Property Damage** [ ] **Wrongful Death**
[x] **Personal Injury** [ ] **Other Damages *(specify)*:**

**Jurisdiction** *(check all that apply)*:
[ ] **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000
[x] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

CASE NUMBER:
CVCS26-0002044

1. **Plaintiff** *(name or names)*: Ycedra Jenkerson
   alleges causes of action against **defendant** *(name or names)*:
   Sam's West, Inc. dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

This electronic document is the official court record (GC68150)



4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Sam's West, Inc.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   b. ☒ **except** defendant *(name):* Walmart, Inc.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   c. ☒ **except** defendant *(name):* Sam's Real Estate Business
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 6-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

This electronic document is the official court record (GC68150)



| SHORT TITLE: Jenkerson v. Sam's West, Inc. dba Sam's Club, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [x] Other *(specify):* According to proof

11. Plaintiff has suffered *(check all that apply)*
   a. [x] wage loss.
   b. [ ] loss of use of property.
   c. [x] hospital and medical expenses.
   d. [x] general damage.
   e. [x] property damage.
   f. [x] loss of earning capacity.
   g. [x] other damage *(specify):* According to proof

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages.
      (2) [ ] punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [x] according to proof.
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: August 7, 2026

Justin Kuney, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

This electronic document is the official court record (GC68150)



| SHORT TITLE: Jenkerson v. Sam's West, Inc. dba Sam's Club, et al. | CASE NUMBER: |
|---|---|

FIRST (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Ycedra Jenkerson

alleges that defendant *(name)*: Sam's West, Inc. dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust

[x] Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: August 15, 2024

at *(place)*: Yuba City, Sam's Club #6405 - 900 N Walton Ave, Yuba City, CA 95993

*(description of reasons for liability):*

1. Plaintiff entered the Sam's Club store located on Walton Avenue in Yuba City to return a pair of shoes.
2. Plaintiff proceeded to the customer service counter, completed the return, and walked in the direction of the television department. A puddle of liquid that appeared to be water was present on the walking surface along Plaintiff's path.
3. There were no cones, warning signs, barricades, employees, or other reasonably adequate warnings alerting Plaintiff to the liquid before she encountered it.
4. While exercising reasonable care for her own safety, Plaintiff stepped onto the liquid, lost her footing, and was violently thrown to the floor.
5. The liquid constituted a dangerous condition and created an unreasonable risk of harm to customers lawfully using the Premises.
6. Defendants created the dangerous condition, knew about it, and/or, through the exercise of reasonable care and reasonable inspection procedures, should have discovered it in sufficient time to remove it, remedy it, isolate the area, or adequately warn customers.
7. Defendants failed to maintain the Premises in a reasonably safe condition, failed to conduct reasonable inspections, failed to clean or remove the liquid, and failed to provide an adequate warning.
8. The fall caused Plaintiff to suffer injuries including, but not limited to, a radial head fracture of the right elbow and a torn tendon in the left foot, together with pain affecting her right arm, muscles, and other parts of her body.
9. As a direct and legal result of Defendants' acts and omissions, Plaintiff has suffered and continues to suffer physical pain, impairment, inconvenience, anxiety, emotional distress, humiliation, and loss of enjoyment of life.
10. Defendants owed Plaintiff a duty to exercise reasonable care in the ownership, operation, inspection, maintenance, cleaning, and management of the Premises and to avoid exposing Plaintiff to an unreasonable risk of harm.
11. Defendants breached that duty by, among other things: a. Creating and/or permitting liquid to remain on a customer walkway; b. Failing to implement or follow reasonable inspection and cleaning procedures; c. Failing to discover and remove the liquid within a reasonable time; d. Failing to place warning signs, cones, barricades, or other adequate warnings near the dangerous condition; e. Failing to restrict customers from entering the affected area; and f. Failing to exercise reasonable care under the circumstances.
12. Defendants knew or, through the exercise of reasonable care, should have known that customers would walk through the area and could slip and suffer serious injuries.Plaintiff's injuries were a reasonably foreseeable consequence of Defendants' acts and omissions.Defendants' negligence was a substantial factor in causing Plaintiff's fall, injuries, damages, and losses.

This electronic document is the official court record (GC68150)





| SHORT TITLE: Jenkerson v. Sam's West, Inc. dba Sam's Club, et al. | CASE NUMBER: |
|---|---|

SECOND (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO ☐ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Ycedra Jenkerson

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date)*: August 15, 2024 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Yuba City, Sam's Club #6405 - 900 N Walton Ave, Yuba City, CA 95993. At said location and time, Plaintiff was a business invitee near the customer service counter. A puddle of liquid that appeared to be water was present on the walking surface along Plaintiff's path. Plaintiff stepped onto the liquid, lost her footing, and was violently thrown to the floor. The fall caused Plaintiff to suffer severe and lasting bodily injuries. The liquid constituted a dangerous condition and created an unreasonable risk of harm. Defendants created the dangerous condition, knew about it, and/or, through the exercise of reasonable care and reasonable inspection procedures, should have discovered it in sufficient time to remove it, remedy it, isolate the area, or adequately warn customers.

Prem.L-2. ☒ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Sam's West, Inc. dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust

☒ Does 1 to 10.

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does ______ to ______

Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4. ☐ ***Count Three—Dangerous Condition of Public Property*** *The defendants who owned public property on which a dangerous condition existed were (names):*

☐ Does ______ to ______

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5.a. ☒ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Sam's West, Inc.dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust

☒ Does 1 to 10

b. ☒ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☒ as follows *(names):*
Sam's West, Inc.dba Sam's Club; Walmart, Inc.; Sam's Real Estate Business Trust; Does 1 to 10

According to proof.